1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THOMAS L. DAVIS,

11          Plaintiff,                     No. 2: 10-cv-2050 KJN P

12        vs.

13   UNITED POSTAL SERVICES,

14          Defendant.                     ORDER

15   _____/

16          Plaintiff, a federal prisoner proceeding pro se, has filed an action pursuant to

17   Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 402 U.S. 388 (1971).  In

18   his complaint, plaintiff alleges violations of his rights by defendant United Postal Service (UPS).

19   The alleged violations appear to have taken place in Merced County, which is part of the Fresno

20   Division of the United States District Court for the Eastern District of California.  See Local Rule

21   120(d).[1]

22          Pursuant to Local Rule 120(f), a civil action which has not been commenced in

23   the proper division of a court may, on the court's own motion, be transferred to the proper

24   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

25   _____

26        [1]  Plaintiff is housed in Atwater Penitentiary which is located in Merced County.

1

1 court.

2         Good cause appearing, IT IS HEREBY ORDERED that:

3         1.  This action is transferred to the United States District Court for the Eastern

4 District of California sitting in Fresno; and

5         2.  All future filings shall reference the new Fresno case number assigned and

6 shall be filed at:

7                 United States District Court
                Eastern District of California

8                 2500 Tulare Street
                Fresno, CA 93721

9

10 DATED:  August 11, 2010

11

12

13                 _____
                KENDALL J. NEWMAN

14                 UNITED STATES MAGISTRATE JUDGE

15 dav2050.22

16

17

18

19

20

21

22

23

24

25

26