# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. DAVIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED POSTAL SERVICES,<br><br>　　　　　　Defendant.<br>_____/ | 1:10-cv-01457-GSA-PC<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS ACTION AS A 440 CIVIL ACTION<br><br>(Doc. 1) |

　　　On August 2, 2010, Plaintiff Thomas L. Davis filed the complaint upon which this action proceeds, at the Sacramento Division of the United States District Court for the Eastern District of California. (Doc. 1.) On August 12, 2010, the case was transferred to the Fresno Division as an action involving a prisoner litigating the conditions of his confinement. (Doc. 6.) Upon further review of the Court, it has been determined that the present action does not involve prison conditions of confinement. Therefore, the Clerk of the Court is DIRECTED to:

　　　1.　　Re-designate this action as a 440 civil action;

　　　2.　　Send a notice of the new case number to all parties in this action; and

　　　3.　　Issue all applicable standing orders, scheduling orders, and process.

Further, the parties SHALL omit the PC designation at the end of the case number.

　　　IT IS SO ORDERED.

　　　**Dated:　　August 22, 2010**　　　　　　　**/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE